The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 23, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 23, 2017



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  Dawn M. Mahon ) Case Number: 16-10577
  ) Chapter 13 Proceedings
Debtor ) Judge Arthur I. Harris

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE

This cause came before this Honorable Court for hearing upon Trustee's Motion to Dismiss Case (the "Motion") and Debtor's objection thereto.

By consent of the parties herein, by and through their undersigned counsel, this Court hereby finds as follows:

**THAT** the parties are prepared to enter into an agreed order resolving the Motion.

**IT IS ORDERED** that Debtor shall tender regular payments in the amount of Trustee $2,460.17 each month.

**IT IS FURTHER ORDERED** that payments made to Trustee by Debtor shall be remitted by automatic deduction from Debtor's bank account.

**IT IS FURTHER ORDERED** that failure of Debtor to tender the payments as required herein shall constitute default.

**IT IS FURTHER ORDERED** that upon existence of a default, Trustee shall send Debtor and counsel for Debtor a 10 day notice of Trustee's intent to file an affidavit and proposed order dismissing the case.

**IT IS FURTHER ORDERED** that if the default is not cured within that 10 day period, then upon the filing of an affidavit by Trustee regarding the default of Debtor, an order shall be entered without further hearing dismissing the case.

Agreed and Submitted by:

| | |
|---|---|
| /S/ Philip D. Lamos | /S/ Paul S. Kuzmickas |
| PHILIP D. LAMOS (#0066844) | PAUL S. KUZMICKAS (#0076507) |
| Attorney for Lauren A. Helbling, | Attorney for Debtor |
| Chapter 13 Trustee | Luftman, Heck & Associates |
| 200 Public Square, Suite 3860 | 2012 West 25th Street, Suite 701 |
| Cleveland, OH 44114-2321 | Cleveland, OH 44113 |
| Telephone (216) 621-4268 | Telephone (216) 586-6600 |
| Facsimile (216) 621-4806 | Facsimile (216) 539-9326 |
| ch13trustee@ch13cleve.com | pkuzmickas@lawlh.com |

### SERVICE LIST

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lauren A. Helbling, Chapter 13 Trustee, at ch13trustee@ch13cleve.com
Paul S. Kuzmickas, on behalf of Dawn M. Mahon, Debtor, at pkuzmickas@lawlh.com

And via regular U.S. mail, postage prepaid, on:

Dawn M. Mahon, Debtor, at 6951 Paula Drive, Cleveland, OH 44130-3560

###