The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 27, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 27, 2018



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:  Dawn M. Mahon          ) Case Number: 16-10577
                               ) Chapter 13 Proceedings
       Debtors.                ) Judge Arthur I. Harris

## ORDER DISMISSING CASE

This cause came before this Honorable Court upon the Agreed Order (the "Agreed Order") entered on October 23, 2017.

Debtor is in default of the Agreed Order and has failed to cure said default or otherwise comply with the terms of the Agreed Order.

**IT IS, THEREFORE, ORDERED** that the case is hereby dismissed.

**IT IS FURTHER ORDERED** that should this Honorable Court reinstate the case of the Debtor and should the Debtor default on future Plan payments, the Trustee will only need to file an affidavit with the Court to dismiss the case.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, are hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds. The Trustee is also authorized to retain the administrative fee on funds received.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(Served via ECF)

Office of the U.S. Trustee
(Served via ECF)

Paul S. Kuzmickas, Attorney for Debtor
(Served via ECF)

Dawn M. Mahon, Debtor
6951 Paula Drive
Cleveland, OH  44130-3560

LAH/kb
03/23/18

### #