# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: DAWN M MAHON                                      Case No.: 16-10577-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lauren A. Helbling, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/09/2016.
2) The plan was confirmed on 03/13/2017.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 03/27/2018.
6) Number of months from filing or conversion to last payment: 19.
7) Number of months case was pending: 25.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 282,120.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $40,399.85 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $40,399.85 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,200.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,188.49 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,388.49 |
| Attorney fees paid and disclosed by debtor: | $800.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARONS RENTAL | Unsecured | 296.00 | NA | NA | .00 | .00 |
| AFNI INC | Unsecured | 238.00 | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Secured | 16,750.00 | 16,750.00 | 16,750.00 | 4,271.05 | 1,265.43 |
| ALLY FINANCIAL | Unsecured | 13,277.14 | 13,277.14 | 13,277.14 | .00 | .00 |
| ALLY FINANCIAL | Unsecured | NA | .00 | .00 | .00 | .00 |
| BEREA MIDPARK HIGH SCHOOL | Unsecured | 800.00 | NA | NA | .00 | .00 |
| CABINETS TO GO | Unsecured | 2,558.21 | NA | NA | .00 | .00 |
| CAPITAL ACCOUNTS | Unsecured | 111.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,266.00 | 1,266.93 | 1,266.93 | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | 561.23 | 561.23 | 561.23 | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| CBE COMPANIES INC | Unsecured | NA | NA | NA | .00 | .00 |
| CBE COMPANIES INC | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE RECEIVABLES | Unsecured | NA | NA | NA | .00 | .00 |
| CINCINNATI INSURANCE CO | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAWN M MAHON            Case No.: 16-10577-aih

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CINCINNATI INSURANCE COMPANY | Unsecured | 5,538.73 | 5,664.00 | 5,664.00 | .00 | .00 |
| CITY OF CLEVELAND | Unsecured | 686.86 | NA | NA | .00 | .00 |
| CITY OF CLEVELAND | Unsecured | 400.00 | NA | NA | .00 | .00 |
| CITY OF CLEVELAND | Unsecured | 403.00 | NA | NA | .00 | .00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 876.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT INC | Unsecured | NA | NA | NA | .00 | .00 |
| CUYAHOGA COMMUNITY COLLEGE | Unsecured | NA | 499.64 | 499.64 | .00 | .00 |
| DENNIS REHOR ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| DOMINION EAST OHIO GAS | Unsecured | 500.00 | 5,157.95 | 5,157.95 | .00 | .00 |
| EDWARD A BAILEY ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| EMERGENCY PROF SVCS INC | Unsecured | 100.00 | NA | NA | .00 | .00 |
| FAIRVIEW GENERAL HOSPITAL | Unsecured | 175.00 | NA | NA | .00 | .00 |
| FEDERAL PACIFIC CREDIT | Unsecured | 960.00 | 772.14 | 772.14 | .00 | .00 |
| FIDELITY PROPERTIES INC | Unsecured | 133.00 | NA | NA | .00 | .00 |
| FIRST ENERGY/OHIO EDISON | Unsecured | 15,546.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 25.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL COLLECTION BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 463.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 463.00 | NA | NA | .00 | .00 |
| FLEXSHOPPER LLC | Unsecured | 850.00 | NA | NA | .00 | .00 |
| HRRG | Unsecured | NA | NA | NA | .00 | .00 |
| HUNTINGTON BANK | Unsecured | 300.00 | NA | NA | .00 | .00 |
| IC SYSTEM | Unsecured | 5,960.00 | NA | NA | .00 | .00 |
| ILLUMINATING CO | Unsecured | 2,339.36 | 20,228.88 | 20,228.88 | .00 | .00 |
| JENNIFER DORTON ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| JOEL K JENSEN ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEITH D WEINER | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEY BANK | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEY BANK | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEYBANK NA | Unsecured | 350.00 | 308.04 | 308.04 | .00 | .00 |
| KEYBANK NA | Unsecured | NA | 179.63 | 179.63 | .00 | .00 |
| LIFE CARE MEDICAL SERVICES INC | Unsecured | 110.00 | NA | NA | .00 | .00 |
| METROHEALTH SYSTEMS | Unsecured | 50.00 | NA | NA | .00 | .00 |
| METROHEALTH SYSTEMS | Unsecured | 25.00 | NA | NA | .00 | .00 |
| METROHEALTH SYSTEMS | Unsecured | 25.00 | NA | NA | .00 | .00 |
| MICHAEL S BERKOWITZ | Unsecured | NA | NA | NA | .00 | .00 |
| MONTGOMERY LYNCH & ASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | NA | NA | NA | .00 | .00 |
| NEORSD | Unsecured | 300.00 | NA | NA | .00 | .00 |
| NEORSD | Unsecured | 545.41 | NA | NA | .00 | .00 |
| NORTH OHIO HEART INC | Unsecured | 1,211.00 | NA | NA | .00 | .00 |
| OFFICES OF CHAD STEUR LAW LLC | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAWN M MAHON                                    Case No.: 16-10577-aih

      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| OHIO ATTORNEY GENERAL | Priority | NA | 482.53 | 482.53 | .00 | .00 |
| OHIO ATTORNEY GENERAL | Unsecured | 957.41 | 609.65 | 609.65 | .00 | .00 |
| OHIO DEPARTMENT OF TAXATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,623.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,896.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,947.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 404.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 251.00 | 250.54 | 250.54 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 4,803.21 | 4,803.21 | 4,803.21 | .00 | .00 |
| RECOVERY ONE LLC | Unsecured | 492.00 | NA | NA | .00 | .00 |
| REVENUE GROUP | Unsecured | 100.00 | NA | NA | .00 | .00 |
| REVENUE GROUP | Unsecured | 260.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 10,000.00 | 10,000.00 | 10,000.00 | .00 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | NA | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| SOUTHWEST GENERAL HOSPITAL | Unsecured | 300.00 | NA | NA | .00 | .00 |
| SPRINT | Unsecured | 903.00 | NA | NA | .00 | .00 |
| SPRINT | Unsecured | 500.00 | NA | NA | .00 | .00 |
| ST JOHN WEST SHORE HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| SYNENBERG & ASSOCIATES LLC | Unsecured | 551.57 | NA | NA | .00 | .00 |
| TIME WARNER CABLE | Unsecured | 945.10 | NA | NA | .00 | .00 |
| UNIVERSITY HOSP PARMA MEDICAL CT | Unsecured | 550.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITAL | Unsecured | 200.00 | NA | NA | .00 | .00 |
| VERIZON BANKRUPTCY DEPT | Unsecured | 1,131.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Secured | 140,394.85 | 999,999.99 | 29,402.07 | 29,402.07 | .00 |
| WELLS FARGO BANK | Secured | 26,615.15 | 26,615.15 | 26,615.15 | 1,072.81 | .00 |
| WELLS FARGO BANK NA | Unsecured | NA | .00 | .00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  DAWN M MAHON                                    Case No.:  16-10577-aih

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOW CABLE | Unsecured | 863.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  |  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|
| **Secured Payments:** | | | | |
| Mortgage Ongoing: | | 29,402.07 | 29,402.07 | .00 |
| Mortgage Arrearage: | | 26,615.15 | 1,072.81 | .00 |
| Debt Secured by Vehicle: | | 16,750.00 | 4,271.05 | 1,265.43 |
| All Other Secured: | | .00 | .00 | .00 |
| **TOTAL SECURED:** | | 72,767.22 | 34,745.93 | 1,265.43 |
| **Priority Unsecured Payments:** | | | | |
| Domestic Support Arrearage: | | .00 | .00 | .00 |
| Domestic Support Ongoing: | | .00 | .00 | .00 |
| All Other Priority: | | 482.53 | .00 | .00 |
| **TOTAL PRIORITY:** | | 482.53 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | | 63,578.98 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,388.49 |
| Disbursements to Creditors: | $36,011.36 |
| **TOTAL DISBURSEMENTS:** | $40,399.85 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/30/2018                              By:  /s/Lauren A. Helbling
                                                    Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

Page 4 of 4      16-10577-aih    Doc 78    FILED 04/26/18    ENTERED 04/26/18 10:41:31    Page 4 of 4    UST Form 13-FR-S (9/1/2009)